# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WALLACE CRUMITY,**

          **Plaintiff,**

**-vs-**                                          **Case No. 6:05-cv-1551-Orl-DAB**

**JO ANNE B. BARNHART, Commissioner
of Social Security,**

          **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH A REMAND (Doc. No. 18)**
>
> **FILED:**    **June 6, 2006**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is hereby **REMANDED** to the Commissioner of Social Security for the following reasons:

> For an Administrative Law Judge ("ALJ") to further evaluate Plaintiff's past relevant work. On remand, additional information about the functional demands and job duties of Plaintiff's former work as it is generally performed in the national economy will be obtained from a vocational expert.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record